UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WILLARD AUGUSTUS                          CIVIL ACTION

VERSUS                                    NO: 05-3344

NORTH CENTRAL OIL                         SECTION: "J"(1)
CORPORATION, ET AL

<u>ORDER</u>

This Court has reviewed the following two motions: (1) the

**Motion for Summary Judgment on Liability (Rec. Doc. 60)**, filed by

Plaintiff; and (2) the **Motion for Summary Judgment of Pogo**

**Producing Company (Rec. Doc. 79)** and now makes the following

determinations:

(1)  Plaintiff is not a Jones Act seaman.

(2)  As for the borrowed servant issue, if Plaintiff is

found to have been a borrowed servant of Pogo Producing Company

("Pogo"), then his sole remedy against his employer would be

under the Longshore and Harbor Worker's Compensation Act

("LHWCA").  If, on the other hand, Plaintiff is found not to have

been a borrowed servant of Pogo, then Plaintiff may pursue a

general maritime tort claim against Pogo as the vessel owner and

operator.

(3)  Disputed issues of material fact preclude a

determination on the borrowed servant issue at this time.

(4)  Although there are no issues of material fact on

whether the vessel was operated by an employee of Pogo in the course and scope of his employment - or on whether the operator of the vessel was negligent in operating the vessel at a high rate of speed causing it to run aground, Plaintiff is not entitled to judgment as a matter of law on liability[1] because the Court may consider the liability issue only after making a determination on the borrowed servant issue.

Accordingly,

**IT IS ORDERED** that the **Motion for Summary Judgment on Liability (Rec. Doc. 60)** should be and is hereby **DENIED.**

**IT IS FURTHER ORDERED** that the **Motion for Summary Judgment of Pogo Producing Company (Rec. Doc. 79)** should be and is hereby **DENIED.**

New Orleans, Louisiana, this __8th__ day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

---

[1]    The Court notes that Plaintiff's motion is entitled "Motion for Summary Judgment *on Liability*" and Plaintiff requests a finding that Pogo be found "liable" for the negligent conduct of its employee, Joe Powell.

2